IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SAMUEL REAVES, | § |
| | § |
| VS. | §   CIVIL ACTION NO.4:11-CV-740-Y |
| | § |
| RICK THALER, | § |
| Director, T.D.C.J. | § |
| Correctional Institutions Div. | § |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
AND ORDER DENYING CERTIFICATE OF APPEALABILITY

In this action brought by petitioner Samuel Reaves under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 8, 2011; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 24, 2011.[1]

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions.[2]

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Reaves's motion to supplement (doc. 31) is GRANTED.

---

[1] After the filing of the magistrate judge's report, petitioner Reaves filed a motion to supplement the traverse with several attachment pages, and a separately filed document entitled "Declaration." After review and consideration, the Court concludes that the motion to supplement should be granted, such that the papers attached thereto and the separately filed "Declaration" have been considered by the Court.

[2] None of the supplemental material considered by the Court alters the magistrate judge's findings, conclusions, and recommendation.

Petitioner Reaves's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

*Certificate of Appealability*

Federal Rule of Appellate Procedure 22 provides that an appeal may not proceed unless a certificate of appealability (COA) is issued under 28 U.S.C. § 2253.[3] Rule 11 of the Rules Governing Section 2254 Proceedings now requires that the Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."[4] The COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."[5] A petitioner satisfies this standard by showing "that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists of reason could conclude the issues presented are adequate to deserve encouragement to proceed further."[6]

Upon review and consideration of the record in the above-referenced case as to whether petitioner Reaves has made a showing that reasonable jurists would question this Court's rulings, the Court determines he has not and that a certificate of appealability should not issue for the reasons stated in the February 8, 2012 Findings, Conclusions, and Recommendation of the United States Magistrate Judge.[7]

---

[3] *See* Fed. R. App. P. 22(b).

[4] RULES GOVERNING SECTION 2254 PROCEEDINGS IN THE UNITED STATES DISTRICT COURTS, RULE 11(a) (December 1, 2009).

[5] 28 U.S.C.A. § 2253(c)(2)(West 2006).

[6] *Miller-El v. Cockrell,* 537 U.S. 322, 326 (2003), *citing Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

[7] *See* Fed. R. App. P. 22(b); *see also* 28 U.S.C.A. § 2253(c)(2)(West 2006).

Therefore, a certificate of appealability should not issue.

SIGNED March 12, 2012.

                                                     TERRY R. MEANS
                                                     UNITED STATES DISTRICT JUDGE